# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00064-RJC-DSC

| | |
|---|---|
| NEIL BASTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOVANT HEALTH, INC., )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Andrew Rozynski]" (document # 6) filed March 12, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 18, 2019

David S. Cayer
United States Magistrate Judge