UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

NEIL BASTA,

    Plaintiff,

v.

NOVENT HEALTH, INC.; NOVANT HEALTH SOUTHERN PIEDMONT REGION, LLC; THE PRESBYTERIAN HOSPITAL d/b/a NOVANT HEALTH HUNTERSVILLE MEDICAL CENTER,

    Defendants.

---

NO. 3-19-CV-00064-RJC-DSC

STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** the respective parties hereto, by and through counsel, and hereby **STIPULATE AND AGREE** that the above-captioned cause of action, including all claims alleged in the action, shall be dismissed against all Defendants, with prejudice and without an award of fees and/or costs to either party.

Dated: April 11, 2023

Respectfully Submitted,

| | |
|---|---|
| _____ | /s/ David E. Stevens_____ |
| Andrew Rozynski, Esq. | David E. Stevens, NC Bar No. 54706 |
| EISENBERG & BAUM, LLP | JOHNSTON, ALLISON & HORD, P.A. |
| 24 Union Square East, PH | 1065 East Morehead Street |
| New York, NY 10003 | Charlotte, North Carolina 28204 |
| Tel: (212) 353-8700 | Tel: (704) 998-2256 |
| Fax: (212) 353-1708 | Fax: (704) 998-2256 |
| Email: arozynski@eandblaw.com | Email: dstevens@jahlaw.com |
| | |
| Attorney for Plaintiff | Attorney for all Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

/s/Andrew Rozynski
Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, PH
New York, NY 10003
(212) 353-8700
arozynski@eandblaw.com
Attorneys for Plaintiff